

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/24/2015 11:08:34 AM
CHRISTOPHER A. PRINE
Clerk

## John D. Kinard

**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

February 24, 2015

First Court of Appeals
Christopher A Prine Clerk of Court
301 Fannin 2nd floor
Houston, TX 77002-2066

### NOTICE OF ASSIGNMENT ON APPEAL

IN RE: Cause No**. 14-CV-1266,** Styled **Stewart Beach Condomimium Homeowners Association, Inc. vs. Gili N Prop Investments, LLC, Et Al-** Filed in **122nd District Court** of Galveston County, Texas

Dear Clerk:

Please find enclosed a copy of the notice of appeal filed in the above case. This case is assigned to the **1st** Court of Appeals, Houston, Texas.

Please note the following information:
Date of Appealable Order or Judgment: February 20, 2015
Notice of Appeal: 02/23/15
Motion for New Trial filed: None
Request for Finding of Facts and Conclusions of Law filed: None
Trial Judge: John Ellisor
Court Reporter: Judy Hansen

**Request is hereby made that all parties immediately file any designation of material to be included in the Clerk's record**. Any Motions for Extension of Time to file the record on appeal must be filed directly with the Court of Appeals A copy of this assignment letter is being mailed to all counsel of record. Please file mark the additional copy of this letter and return the same to my office.

Sincerely,

**John D. Kinard**
**District Clerk**
**Galveston County, Texas**

By: /s/ Shailja Dixit**,** Deputy

*600 59th Street, Room 4001, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

Copy sent to


Cris   Rasco
Attorney  for  Stewart  Beach  Condomimium  Homeowners
Association, Inc.
2709 Texas Avenue
Texas City, TX  77590




Mark W Stevens
Attorney for Gili N Prop Investments, LLC
P.O. BOX 8118
Galveston, TX  77553




Judy Hansen, Court Reporter
Hand-Delivered

Filed: 2/23/2015 3:35:55 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 4250836
By: Shailja Dixit
2/23/2015 4:50:10 PM

No. 14-CV-1266

| | | |
|---|---|---|
| STEWART BEACH CONDOMINIUM HOMEOWNERS ASSOCIATION, INC. | § § § § | IN THE DISTRICT COURT OF |
| *Plaintiff* | § § | |
| VS. | § § | GALVESTON COUNTY, TEXAS |
| GILI N PROP INVESTMENTS, LLC; BARAK RESHEFF and RAMI BARNEA | § § § § | |
| *Defendants* | § | 122nd JUDICIAL DISTRICT |

AND

| | | |
|---|---|---|
| GILI N PROP INVESTMENTS, LLC; BAR YO INVESTMENTS, LLC; SIMCA HELED; AHUVA HELED; and PAVEL (LEONID) GORBULSKY | § § § § § | IN THE DISTRICT COURT OF |
| *Counter-Plaintiff and Intervenors* | § § | |
| VS. | § § | GALVESTON COUNTY, TEXAS |
| STEWART BEACH CONDOMINIUM HOMEOWNERS ASSOCIATION, INC. and CRIS A. RASCO, Individually. | § § § § § | |
| *Counter-Defendant and New Defendant* | § | 122nd JUDICIAL DISTRICT |

## NOTICE OF APPEAL

TO THE HONORABLE DISTRICT JUDGE:

Stewart Beach Condominium Homeowners Association, Inc., Plaintiff/Counter-Defendant (hereinafter referred to as "Stewart Beach" or "Plaintiff") files this notice of appeal pursuant to Tex. Civ. Prac. & Rem. Code § 51.014(a)(4).

1. On February 19, 2015, the 122nd District Court, Galveston County, signed an Order Denying Plaintiff's Motion to Dissolve Temporary Injunction. The content of the Order says it is the opinion of the court the Motion to Dissolve Temporary Injunction should be denied. An order denying a motion to dissolve a temporary injunction is made appealable under TEX. CIV. PRAC & REM. CODE § 51.014(a) (4). A copy of the Order is attached.

2. From the Order signed February 20, 2015, Plaintiff wishes to appeal to either the First or Fourteenth District Court of Appeals, sitting in Houston, based on the assignment by the clerk of one of the courts of appeals.

3. THIS APPEAL IS ACCELERATED.

Respectfully submitted,

**THE RASCO LAW FIRM**

By: _____/S/_____
Cris A. Rasco
State Bar No. 16551600
2709 Texas Avenue
Texas City, Texas 77590
(409) 750-0436 Telephone
(409) 995-0902 Facsimile
**ATTORNEY FOR PLAINTIFF**
**Stewart Beach Condominium**
**Homeowners Association, Inc.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of FEBRUARY, 2015, a true and correct copy of NOTICE OF APPEAL was sent to all parties of record as follows:

Mark W. Stevens                                        *Via Facsimile (409) 765-6469 and U.S. Mail*
P.O. Box 8118
Galveston, Texas  77553
(409) 765-6306– Telephone
(409) 765-6469 – Facsimile
**ATTORNEY FOR DEFENDANTS and
INTERVENORS**


_____/S/_____
**Cris A. Rasco, Attorney for Plaintiff**

Filed: 2/23/2015 3:35:55 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 4250836
By: Shailja Dixit
2/23/2015 4:50:10 PM

Exhibit "A"

No. 14-CV-1266

| | | |
|---|---|---|
| STEWART BEACH CONDOMINIUM HOMEOWNERS ASSOCIATION, INC. | § § § | IN THE DISTRICT COURT OF |
| *Plaintiff* | § § § | |
| VS. | § § | GALVESTON COUNTY, TEXAS |
| GILI N PROP INVESTMENTS, LLC; BARAK RESHEFF and RAMI BARNEA | § § § | |
| *Defendants* AND | § | 122nd JUDICIAL DISTRICT |
| GILI N PROP INVESTMENTS, LLC; BAR YO INVESTMENTS, LLC; SIMCA HELED; AHUVA HELED; and PAVEL (LEONID) GORBULSKY | § § § § | IN THE DISTRICT COURT OF |
| *Counter-Plaintiff and Intervenors* | § § | |
| VS. | § § | GALVESTON COUNTY, TEXAS |
| STEWART BEACH CONDOMINIUM HOMEOWNERS ASSOCIATION, INC. & CRIS A. RASCO, Individually. | § § § § | |
| *Counter-Defendant & New Defendant* § | | 122nd JUDICIAL DISTRICT |

**ORDER DENYING STEWART BEACH CONDOMINIUM HOMEOWNERS ASSOCIATION, INC.'S MOTION TO DISSOLVE TEMPORARY INJUNCTION**

Came on to be heard on the submission docket Plaintiff's Motion to Dissolve Temporary Injunction and after considering same and Defendants' Response thereto, it is the opinion of the Court that Plaintiff's Motion should be DENIED.

It is therefore ORDERED that Plaintiff's Motion to Dissolve Temporary Injunction is in all respects DENIED.

Signed: February 20, 2015.

Judge Presiding